UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLINDO CASENAS,<br><br>    Plaintiff,<br><br>    v.<br><br>MILPITAS POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No.  24-cv-08565-PCP<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed a first amended complaint on May 21, 2025. Defendants' pending motion to dismiss is directed to the original complaint. *See* Dkt. No. 9. Accordingly, the Court orders defendants to show cause by June 17, 2025 why their pending motion to dismiss (Dkt. No. 9) should not be denied as moot.

**IT IS SO ORDERED.**

Dated: June 3, 2025

_____
P. Casey Pitts
United States District Judge